FILED
 2010 Oct-06  PM 04:24
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK DEWAYNE ABRAMS,** ) | |
| ) | |
|     **Petitioner,** ) | |
| ) | |
| **vs.** ) | Case No.    **2:10-cv-138-RDP-TMP** |
| ) | |
| **TONY PATTERSON, Warden;** ) | |
| **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
|     **Respondents.** ) | |

## O R D E R

On August 31, 2010, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. Petitioner filed objections on September 30, 2010, after being granted an extension of time.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and Petitioner's objections, the court is of the opinion that the Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this ____6th____ day of October, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE